**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA ROY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:07-0243-PLF |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP | ) |
| 1800 Concord Pike | ) |
| Wilmington, Delaware 19803 | ) |
| | ) |
| ASTRAZENECA LP | ) |
| 1800 Concord Pike | ) |
| Wilmington, Delaware 19803 | ) |
| | ) |
| and | ) |
| | ) |
| ZENECA, INC. | ) |
| 1800 Concord Pike | ) |
| Wilmington, Delaware 19803 | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF
ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, AND ZENECA INC.**

The undersigned counsel of record for AstraZeneca Pharmaceuticals LP, AstraZeneca LP,

and Zeneca Inc. certify, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of

this Court, that AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. are wholly-

owned subsidiaries of AstraZeneca PLC, a United Kingdom corporation. American Depository

Receipts of AstraZeneca PLC are traded on the New York Stock Exchange. This certification is

made in order that the judges of this Court may determine the need for recusal.

Case No. 1:07-0243-PLF

May 9, 2007                                    Respectfully submitted,


                                               /s/  Frank R. Volpe (D.C. Bar No. 458791)
                                               Rebecca K. Wood (D.C. Bar No. 473616)
                                               Richard H. Menard Jr. (D.C. Bar No. 483059)
                                               SIDLEY AUSTIN LLP
                                               1501 K Street, N.W.
                                               Washington, D.C.  20005
                                               Telephone:  (202) 736-8000
                                               Facisimile:  (202) 736-8711
                                               E-mail:      fvolpe@sidley.com
                                                            rwood@sidley.com
                                                            rmenard@sidley.com

                                               Of Counsel:
                                               Michael W. Davis
                                               SIDLEY AUSTIN LLP
                                               One South Dearborn Street
                                               Chicago, IL 60603
                                               Telephone:  (312) 853-7000
                                               Facisimile:  (312) 853-7036
                                               E-mail:      mdavis@sidley.com

                                               *Attorneys for AstraZeneca Pharmaceuticals LP,*
                                               *AstraZeneca LP, and Zeneca Inc.*

Case No. 1:07-0243-PLF

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 9, 2007, I electronically filed the foregoing Disclosure of Corporate Affiliations and Financial Interests of AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. using the CM/ECF system, and sent the foregoing document and the notice of electronic filing by first-class mail to counsel for plaintiff, Kenneth W. Smith, 4400 Bayou Boulevard, Pensacola, Florida 32503.

/s/  Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facisimile:  (202) 736-8711
E-mail:      fvolpe@sidley.com