**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

June 13, 2007

Mrs. Nancy Mayer-Whittington, Clerk
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

CA07-234 RBW

RE: MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mrs. Mayer-Whittington:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please send your original files below and a certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 80 N. Hughey Ave., Suite 300, Orlando, FL, 32801.** Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

If you have any questions, please contact me at 407-835-4203.

Sincerely,

Celeste Herdeman,
Deputy Clerk

Enclosures
c: Michael J. Beck, Clerk, MDL Panel

| SCHEDULE R - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER - 26 (06/12/07) | | |
|---|---|---|
| CASE STYLE | DC CASE NUMBER | MD FL CASE NUMBER |
| Joseph Barile v. AstraZeneca | DC 1 07-228 RCL | 6:07-cv-977-Orl-22-DAB |
| Jacqueline Bernard v. AstraZeneca | DC 1 07-229 PLF | 6:07-cv-978-Orl-22-DAB |
| Jacqueline Friar v. AstraZeneca | DC 1 07-231 PLF | 6:07-cv-979-Orl-22-DAB |
| Melvin Grigsby v. AstraZeneca | DC 1 07-233 JDB | 6:07-cv-980-Orl-22-DAB |
| Alvin Hogan, Sr. v. AstraZeneca | DC 1 07-234 CKK | 6:07-cv-981-Orl-22-DAB |
| Catherine Martinez v. AstraZeneca | DC 1 07-235 RJL | 6:07-cv-982-Orl-22-DAB |
| Michael Masterson v. AstraZeneca | DC 1 07-236 RBW | 6:07-cv-983-Orl-22-DAB |
| Steven Oster v. AstraZeneca | DC 1 07-239 RJL | 6:07-cv-984-Orl-22-DAB |
| John Priest, III v. AstraZeneca | DC 1 07-240 RJL | 6:07-cv-985-Orl-22-DAB |
| Sam Robinson v. AstraZeneca | DC 1 07-241 RJL | 6:07-cv-986-Orl-22-DAB |
| Patricia Roy v. AstraZeneca | DC 1 07-243 PLF | 6:07-cv-987-Orl-22-DAB |
| Richard Shows v. AstraZeneca | DC 1 07-244 RMU | 6:07-cv-988-Orl-22-DAB |
| Pam Swann v. AstraZeneca | DC 1 07-245 JR | 6:07-cv-989-Orl-22-DAB |
| Chianyaun Vannoy v. AstraZeneca | DC 1 07-247 RJL | 6:07-cv-990-Orl-22-DAB |
| Lee Williams v. AstraZeneca | DC 1 07-248 PLF | 6:07-cv-991-Orl-22-DAB |
| Leola Williams v. AstraZeneca | DC 1 07-249 RCL | 6:07-cv-992-Orl-22-DAB |